PASSAIC AUXILIARY DAUGHTERS OF MIRIAM, APPEL-
LANT-PETITIONER, v. LEGALIZED GAMES OF CHANCE
CONTROL COMMISSION, RESPONDENT-RESPONDENT.

*Mr. Nicholas Martini* for the petitioner.

*Mr. Arthur J. Sills* and *Miss Marilyn H. Loftus* for the
respondent.

March 25, 1963.   Denied.